FILED

AUG 2 3 2012

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-MJ-1168

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| DAVID DEANGELIS FOXE | ) |

Leave of court is granted for the filing of the foregoing
dismissal.

9/23/2012
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE